# Exhibit A

[Fill in the spaces next to the instructions. Other spaces are for Court use.]
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

-----------------------------------------------------------------X

ARUN K AGRAWAL, Plaintiff(s)
[2. Fill in name(s)]

[1. Index No. & Year]
Index No.
21/000218
SUMMONS WITH NOTICE

-against-

UNITED HEALTH - OXFORD, Defendant(s)
[3. Fill in name(s)]

-----------------------------------------------------------------X

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within twenty (20) days after the service of this Summons, or within thirty (30) days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

[4. Date and County papers are signed in]
Dated: 4.7.21
County: NASSAU

_Agrawal_
[5. Your Signature]

ARUN K AGRAWAL
[6. Your Name]

PO BOX 483
600 FRANKLIN AVE
[7. Your Address]

GARDEN CITY, NY 11530
[8. City, State & Zip Code]

516 965 8935
[9. Your Phone Number]
FX 888 292 2373

To the Defendant:
4 RESEARCH DR.
[10. Defendant Address]
SHELTON, CT 06484
[11. City, State Zip Code]
800 666 1353
[12. Phone Number]

NOTICE: The nature of this action is [13. Insert the type of case against the defendant.]

INS. denied payment for my fees – EMERGENCY SURGERY
1. 843620202,    CLM. 9316101113    DOS 10·23·19    $ 18,250.00
2. 1098389001.         9231202402         8·2·19    $ 18,500.00
3. 1253183901          8261201205         8·16·18   $ 26,500.00
4. 958795555           AY86986951         2·01·20   $ 27,013.83

The relief sought is [14. Describe what you want the Court to grant you.]

MY TOTAL FEES FOR 4 SURGERIES WERE – EMERGENCY SURGERY – denied. Pl. allow my fees.

Should defendant (s) fail to appear herein, judgment will be entered by default for the sum of [15. Insert the amount of money demanded] $ 90,763.83 with interest from the date of [16. Insert date from which interest on amount demanded is claimed]

8·16·18 Plus EXPENSES – FILING FEES., and the costs of this action.

VENUE: Plaintiff designates Nassau County as the place of trial. The basis of this designation is [17. Check one]

[✓] Plaintiff's Residence in Nassau County
[ ] Defendant's Residence in Nassau County
[ ] Other _____

**[18. Note: This form of summons may not be used in actions for divorce.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------------------------------X

ARUN K AGRAWAL,
[20. Fill in name(s)]          Plaintiff(s)

[19. Index No. & Year]
Index No.
21 / 000218

-against-

UNITED HEALTH - OXFORD,
[21. Fill in name(s)]          Defendant(s)

----------------------------------------------------------------X

[22. Insert name(s) of papers submitted]

*Agrawal*
ARUN K. AGRAWAL
[23. YOUR SIGNATURE]

ARUN K. AGRAWAL
[24. PRINT YOUR NAME]

P.O. BOX 483
600 FRANKLIN Ave.
[25. YOUR ADDRESS]

GARDEN CITY, NY. 11530
[26. CITY, STATE ZIP CODE]

516 965 8935
[27. YOUR PHONE NUMBER]

Fx 888 292 2373

